IN the INTEREST OF: A.L.E.H.; K.L.K., Respondent,

v.

K.D.H. (Mother), Appellant,

P.J.H. (Father), Appellant.

**WD 80386 (Consolidated with WD 80388)**

Missouri Court of Appeals, Western District.

Order filed: July 18, 2017

Sarah Johnston, Katherine Jean Rodgers, Kansas City, for Respondents.

Jill Marie Katz, Ryan F. Kaiser, Kansas City, for Appellants.

Before Division Four: Mark D. Pfeiffer, Presiding Judge, Victor C. Howard, Judge and James E. Welsh, Judge

## ORDER

PER CURIAM:

K.D.H. and P.J.H. appeal the judgment of the Jackson County Circuit Court ter-

minating their parental rights over A.L.E.H. and approving the adoption of A.L.E.H. by K.L.K. They present nine points on appeal. Seven of those points claim the circuit court erred in terminating their parental rights pursuant to each statutory ground cited by the court. An eighth point claims that the mother's consent was required pursuant to Chapter 453. A ninth point claims the circuit court erred in denying deposition costs. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).